# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Terry J. Tiffee,**<br><br>    Plaintiff,<br><br>v.<br><br>**Nancy A. Berryhill,** Acting Commissioner, Social Security Administration,<br><br>    Defendant. | Case No. 17-CIV-404-RAW-SPS |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

Before the court is the unopposed motion of the government to remand [Docket No. 20]. The government represents that further proceedings are required before the Administrative Law Judge.

IT IS THEREFORE ORDERED that the motion to remand is hereby **GRANTED**. Accordingly, the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 9th day of   July, 2018.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**